UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY, SR.,<br><br>        Plaintiff,<br><br>   v.<br><br>JP MORGAN CHASE & CO.,<br><br>        Defendant. | No.  2:20–cv–01688–TLN–CKD PS<br><br><u>ORDER TO SHOW CAUSE</u> |

On September 18, 2020, the court granted plaintiff's application to proceed in forma pauperis and dismissed plaintiff's complaint with leave to amend. (ECF No. 3.)  Plaintiff was given 28 days to file a first amended complaint and cautioned that failure to timely comply with the order would result in a recommendation that this action be dismissed.  (<u>Id.</u>)  The applicable deadline has now passed, and the court's records show that plaintiff failed to file either an amended complaint or a notice of voluntary dismissal.

The court has considered whether this action should be dismissed at this juncture due to this failure.  Nevertheless, in light of plaintiff's pro se status, and the court's desire to resolve the action on the merits, the court first attempts lesser sanctions by issuing this order to show cause.

Accordingly, IT IS ORDERED that:

    1. Within 14 days of the date of this order, plaintiff shall show cause in writing why this action should not be dismissed with prejudice pursuant to Federal Rule of

|    |                                                                                              |
|----|----------------------------------------------------------------------------------------------|
| 1  | Civil Procedure 41(b) based on plaintiff's failure to comply with the court's order          |
| 2  | and failure to prosecute this case;                                                          |
| 3  | 2. Within 14 days of the date of this order, plaintiff shall file a first amended            |
| 4  | complaint, or a notice of voluntary dismissal, in compliance with the court's                |
| 5  | September 18, 2020 order;                                                                    |
| 6  | 3. Failure to timely comply with the terms of this order will result in a                    |
| 7  | recommendation that this action be dismissed with prejudice pursuant to Federal              |
| 8  | Rule of Civil Procedure 41(b); and                                                           |
| 9  | 4. The Clerk of Court shall serve a copy of the court's September 18, 2020 order on          |
| 10 | plaintiff along with this order.                                                             |

Dated:  October 21, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

19, murp.1688