UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY, SR.,<br><br>  Plaintiff,<br><br>  v.<br><br>JP MORGAN CHASE & CO.,<br><br>  Defendant. | No. 2:20–cv–01688–TLN–CKD PS<br><br>ORDER TO SHOW CAUSE |

On September 18, 2020, the court granted plaintiff's application to proceed in forma pauperis and dismissed plaintiff's complaint with leave to amend. (ECF No. 3.) Plaintiff was given 28 days to file a first amended complaint and cautioned that failure to timely comply with the order would result in a recommendation that this action be dismissed. (Id.) When that deadline passed without plaintiff filing either an amended complaint or a notice of voluntary dismissal, on October 21, 2020, the court ordered plaintiff to comply with its prior order within 14 days. (ECF No. 4.) On October 30, 2020, plaintiff filed a document entitled "Complaint, Judicial Misconduct," asserting some indecipherable form of misconduct by District Judge Nunley, who is assigned to this case along with the undersigned. (ECF No. 5.) Plaintiff seems to believe that Judge Nunley has unfairly "abandoned" this case and requests that the case not be dismissed before an initial case management conference. (Id. at 2, 5.)

////

1

Plaintiff is reminded that because he is proceeding pro se, his case is currently being handled by the undersigned as prescribed by this court's Local Rule 302(c)(21).  Moreover, his case remains active, as plaintiff has been granted leave to amend his complaint to state a valid claim against defendant.  (ECF No. 3.)  Should the undersigned ultimately recommend that plaintiff's complaint be dismissed without leave to amend, plaintiff will have the opportunity to submit objections which Judge Nunley will consider before issuing his final order.  But first, plaintiff must comply with the court's September 18, 2020 order by filing either an amended complaint or a notice of voluntary dismissal.  The court offers plaintiff one final opportunity to do so by issuing the following order to show cause.

Accordingly, IT IS ORDERED that:

1. Within 10 days of the date of this order, plaintiff shall show cause in writing why this action should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) based on plaintiff's failure to comply with the court's order and failure to prosecute this case;

2. Within 10 days of the date of this order, plaintiff shall file a first amended complaint, or a notice of voluntary dismissal, in compliance with the court's September 18, 2020 order; and

3. Failure to timely comply with the terms of this order will result in a recommendation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  November 4, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

19, murp.1688

2